MUNGER, TOLLES & OLSON LLP
601 MASSACHUSETTS AVENUE NW
SUITE 500E
WASHINGTON, D.C. 20001-5369
TELEPHONE (202) 220-1100
FACSIMILE (202) 220-2300

March 1, 2024

Writer's Direct Contact
(202) 220-1101
(213) 683-4007 FAX
Donald.Verrilli@mto.com

**VIA ECF**

Michael E. Gans
Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO 63102

      Re:    *Douglas A. Kelley v. BMO Harris Bank National Association*, Nos. 23-2551 and 23-2632

Dear Mr. Gans:

    I am counsel for BMO Harris Bank National Association in the above-referenced matter and will present oral argument. I write to advise the Court of a potential conflict with future oral argument dates.

    I am arguing counsel in *United States v. Sanft*, No. 23-2266 (9th Cir.), in which the Ninth Circuit recently indicated an intent to schedule argument in San Francisco in May or June. One possible set of dates is June 10-14, which overlaps with this Court's scheduled oral arguments from June 10-14 in St. Louis and St. Paul.

    Although there is no definite conflict at this point, I wanted to apprise the Court of the potential for a scheduling overlap. I plan to notify the clerk for the U.S. Court of Appeals for the Ninth Circuit of the situation as well.

    Thank you for your consideration.

        Very truly yours,

        */s/ Donald B. Verrilli, Jr.*

        Donald B. Verrilli, Jr.

cc:    All counsel (via ECF)